COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

MICHAEL ANTHONY CARTER,

Appellant,

v.

CANDACE DENISE MOORE
AND KEN PAXTON, ATTORNEY
GENERAL OF THE STATE OF TEXAS,

Appellees.

§

§

§

§

§

§

§

§

No. 08-16-00014-CV

Appeal from

353rd District Court

of Travis County, Texas

(TC # D-1-FM-15-001246)

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding that Appellant, Michael Anthony Carter, has failed to file his brief or a motion for extension of time to file the brief, we dismiss the appeal for want of prosecution.

Appellant's brief was due to be filed on May 23, 2016. When Appellant did not file his brief, the Clerk of the Court notified Appellant that his brief was past due and no motion for extension of time had been filed. The letter advised Appellant that the Court intended to dismiss the appeal for want of prosecution unless Appellant responded within ten days and showed grounds for continuing the appeal. *See* TEX.R.APP.P. 38.8(a)(1). Appellant has not filed any

response to the inquiry. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX.R.APP.P. 38.8(a)(1), 42.3(b), (c).

August 17, 2016
ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.